IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv650-WHA |
| ) | |
| CITIBANK (SOUTH DAKOTA), N.A., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No response having been filed by the Plaintiff to the court's order (Doc. #28), entered on October 28, 2009, it is hereby

ORDERED that the Defendant, HSBC Bank Nevada, N.A., is DISMISSED without prejudice, pursuant to Rule 4(m), *Fed. R.Civ.P.*

This order having disposed of the single remaining Defendant, the clerk is DIRECTED to close the file.

DONE this 19th day November, 2009.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE